**COVER SHEET**
21-cv-00040-DH Document #: 1 Filed: 02/22/2021 Page 1 of 4

**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification | Docket # |
|---|---|
| 3 0 [ ] C I | 2 0 2 1 0 0 0 4 0 |
| County # / Judicial District / Court ID (CH, CI, CO) | Case Year / Docket Number |
| | Local Docket ID |

0 3 2 2 2 1
Month  Date  Year

*This area to be completed by clerk*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **JACKSON** County — ___ Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **Rush**, **Jeremy**
Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff: **64 Derrick Road, Wiggins, MS 39577**

Attorney (Name & Address): **Jim Davis, P. O. Box 1839, Gulfport, MS 39502**  MS Bar No. **5830**

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: ___
Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business: **Wal-Mart Stores, Inc. c/o C.T. Corporation system, 6545 Lakewood East Drive, Flowood, MS 39232**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

Attorney (Name & Address) - If Known: ___  MS Bar No. ___

**Damages Sought:** Compensatory $ ___  Punitive $ ___  Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other ___ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ___ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ___ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ___ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ___ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other ___ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other ___ | [ ] Other ___ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [X] Other ___ | [ ] Other ___ |

Case: 30CI1:21-cv-00040-DH   Document #: 1   Filed: 03/22/2021   Page 2 of 4

IN THE <u>CIRCUIT</u>  ☒ COURT OF <u>JACKSON</u>   ☒ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____
     File Yr    Chronological No.   Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name    First Name   Maiden Name, if Applicable  Middle Init. Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

Business <u>Wal-Mart Supercenter Store #1066, 4253 Denny Avenue, Pascagoula, MS 39581</u>
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

 D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name    First Name   Maiden Name, if Applicable  Middle Init. Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

Business _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

 D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name    First Name   Maiden Name, if Applicable  Middle Init. Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

Business _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

 D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

# LAW OFFICE OF
# JIM DAVIS
### 1904 24th Avenue
### Post Office Box 1839
### Gulfport, Mississippi   39502

James L. Davis, III
Email: jamesldavisiii@aol.com

Phone:   228-864-1588
FAX:   228-863-5008

March 17, 2021

Randy Carney
Jackson County Circuit Clerk
Post Office Box 998
Pascagoula, MS   39568

**Re:   Jeremy Rush v. Wal-Mart Stores, Inc.**

Dear Randy:

With reference to the parties referenced above, enclosed please find the following:

1. Civil Cover Sheet;
2. Original and one copy of the Complaint;
3. Original and two copies of the Summons; and
4. My Check No. 13809 in the amount of $161.00 for filing.

I respectfully request that you file same in your usual and customary manner. Please return a stamped "Filed" copy of the Complaint along with the issued Summonses in the self-addressed, stamped envelope that is also included.

I thank you for your assistance in the above.

I thank you for your assistance in the above.   I remain, as always,

Very truly yours,

JIM DAVIS

JD/ksk
Enclosure(s) –as stated

| CIRCUIT - CIVIL | HANDED ☐ | 03/22 |
|---|---|---|
| № 41168 | | |
| Received Of | James L Davis | |
| Cause No. | 21-40(3) | |

For:
- Clerk's Fees .................... $85.00
- JSO Fund ....................... $40.00
- Steno Tax ...................... $10.00
- Jury Tax ........................ $3.00
- Law Library .................... $2.50
- SCEF ........................... $2.00
- Court Adm. Fund ............... $2.00
- CECSF ......................... $10.00
- CLAF ........................... $5.00
- SCCF ........................... $0.50
- RM FEE ......................... $1.00
- Copy of Summons Return .........
- Other Advance Cost .............
- TOTAL ......................... $ 161.00

Total Amount Paid $ 161.00   Check No. 13809

For: new complaint

**RANDY CARNEY**
CIRCUIT CLERK OF JACKSON COUNTY

By _____
DEPUTY CIRCUIT CLERK

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

JEREMY RUSH                                                PLAINTIFF

**FILED**

VERSUS        MAR 22 2021      CAUSE NO.: 21-40 (3)

RANDY CARNEY, CLERK

WAL-MART STORES, INC.                              DEFENDANT

## COMPLAINT

### JURY TRIAL REQUESTED

COMES NOW Plaintiff, JEREMY RUSH, by and through his attorney, JIM DAVIS, and files this, his COMPLAINT against WAL-MART STORES, INC., and states his claim for relief as the follows, to-wit:

### PARTIES

1. JEREMY RUSH is an adult resident citizen of Stone County, Mississippi, and names as his Defendant, WAL-MART STORES, INC., which can be served with process through its registered agent, C.T. Corporation System, 645 Lakewood East Drive, Flowood, Mississippi, 39232 and service on the Manager of Wal-Mart Supercenter Store #1066 located in Jackson County, Mississippi, at 4253 Denny Avenue, Pascagoula, Mississippi, 39581.

### FACTS

2. On or about January 17, 2020, Plaintiff JEREMY RUSH, was an invitee of the Defendant WAL-MART to come onto its property at its express or implied invitation to do business with a mutual advantage to both parties. When Plaintiff states "WAL-MART," he means Defendant WAL-MART as it is described herein, as well as its agents, employees or servants, who make the Defendant WAL-MART liable through the doctrine of *respondeat superior*, and when the Plaintiff states "WAL-MART" herein, he means individually and collectively.

3. That on or about January 17, 2020, the Plaintiff, JEREMY RUSH, went to the WAL-MART SUPERCENTER STORE #1066 located at 4253 Denny Avenue, Pascagoula, Mississippi, 39581, for the purpose of choosing and purchasing merchandise.

4. On or about January 17, 2020, Plaintiff, JEREMY RUSH, was at the shopping cart corral in order to get a shopping cart when he was struck and injured by a cart pusher full of shopping carts causing injury to his back. As a result, Plaintiff suffers from headaches, chronic low back pain, lumbar strain and bi-lateral intermittent leg/arm numbness.

5. That said accident was due to the Defendant's negligence, more specifically described as follows, to-wit:

    a. Defendant and/or its employees were negligent by not keeping the proper look out for customers when using the cart pusher.

    b. Defendant and/or its employees failed to maintain a safe distance to its customers when using the cart pusher.

    c. Defendant's negligence constituted a dangerous condition on the Defendant's premises, and the Defendant and/or its employees knew, or by the exercise of reasonable care should have known, of the existence of the dangerous condition, and the Defendant and/or its employees failed to take reasonable measures to protect against said dangerous condition and the Defendant's failure to take such measures was a contributing cause of the Plaintiff's accident and injury(s).

## DAMAGES

6.  That as a direct and proximate result of the negligence of the Defendant and/or its employees, the Plaintiff suffered the following damages, to-wit:

   a) Medical bills in an amount to be determined; and

   b) Pain and suffering to be determined and within the jurisdiction of the Court.

7.  The Plaintiff requests a judgment of and from the Defendant in an amount to be determined and within the jurisdiction of the Court, for medical bills, pain and suffering, mental anguish, disability, and loss of the capacity for the enjoyment of life that he has been subject to as a result of the accident, and in the event there are complications and future medical bills, the Plaintiff requests a judgment for that amount as well.

WHEREFORE, your Plaintiff, JEREMY RUSH, requests this his COMPLAINT be filed and, upon hearing, he receive damages from the Defendant in an amount determined by the Court, including but not limited to, his past, present and future medical bills, pain and suffering, any permanent disability caused to his person, and all other relief necessary and proper in the premises. Your Plaintiff further requests that he be granted punitive damages for the gross negligence of the Defendant in not keeping the proper lookout for customers while using the cart pusher, and for all other relief necessary and proper in the premises.

RESPECTFULLY SUBMITTED, this the 18 day of March, 2021.

                                          JEREMY RUSH, Plaintiff

                            By:   /s/ Jim Davis
                                      JIM DAVIS
                                      Attorney for Plaintiff

JIM DAVIS
MSB# 5830
1904 24th Avenue
Post Office Box 1839
Gulfport, MS 39502
Phone:  228-864-1588
Fax:     228-863-5008

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**JEREMY RUSH**                                                                                      **PLAINTIFF**

**VERSUS**                                        **CAUSE NO.:**   21-40(3)

**WAL-MART STORES, INC.**                                                      **DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **WAL-MART STORES, INC.**
       **C/O C.T. CORPORATION SYSTEM**
       **645 LAKEWOOD EAST DRIVE**
       **FLOWOOD, MS 39232**

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to JIM DAVIS, the attorney for the Plaintiff, whose post office address is POST OFFICE BOX 1839, GULFPORT, MS 39502, and whose street address is 1904 24th AVENUE, GULFPORT, MS 39501. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgement by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 22 day of March, 2021.

                                                                             Clerk of Jackson County, Mississippi

JIM DAVIS
1904 24TH AVENUE
POST OFFICE BOX 1839
GULFPORT, MS 39502
228-864-1588
MSB. NO. 5830



## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**JEREMY RUSH**                                                             **PLAINTIFF**

**VERSUS**                                 **CAUSE NO.:** 21-40(3)

**WAL-MART STORES, INC.**                                   **DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **WAL-MART SUPERCENTER STORE #1006**
      **ATTN: MANAGER**
      **4253 DENNY AVENUE**
      **PASCAGOULA, MS 39581**

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to JIM DAVIS, the attorney for the Plaintiff, whose post office address is POST OFFICE BOX 1839, GULFPORT, MS 39502, and whose street address is 1904 24th AVENUE, GULFPORT, MS 39501. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgement by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 22 day of March, 2021.

_____
Clerk of Jackson County, Mississippi

JIM DAVIS
1904 24TH AVENUE
POST OFFICE BOX 1839
GULFPORT, MS 39502
228-864-1588
MSB. NO. 5830



**PROOF OF SERVICE-SUMMONS**
(Process Server)                                    CLIENT: <u>Jeremy Rush</u>
(Use separate proof of service for each person served)

<u>Wal-Mart Supercenter Store #1006</u>
Name of Person or Entity Served

    I, the undersigned process server, served the Summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender **(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).**

✓ PERSONAL SERVICE. I personally delivered copies to <u>Lea Beech Team Lead mgr</u> on the <u>29</u> day of <u>March</u>, 2021, where I found said person in <u>Jackson</u> County, Mississippi.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within Harrison County, Mississippi. I served the Summons and complaint on the _____ day of _____, 2021, at the usual place of abode of said person by leaving a true copy of the Summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

_____ UNABLE TO SERVE.

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:   $_____

Process server must list below:   (Please print or type)

Name           Roy Morris
Address        3104 Magnolia St
               Pas MS
Telephone No.  228 769 3000

STATE OF MISSISSIPPI
COUNTY OF JACKSON

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named <u>Roy Morris</u> who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

<u>Roy Morris #93</u>
Process Server (Signature)

Sworn to and subscribed before me this the <u>29</u> day of <u>March</u> 2021.

<u>Crystal Evans</u>
NOTARY PUBLIC

(SEAL)

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

JEREMY RUSH

**PLAINTIFF**

VERSUS           CAUSE NO.: 21-40(3)

WAL-MART STORES, INC.

**DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   WAL-MART SUPERCENTER STORE #1006
      ATTN: MANAGER
      4253 DENNY AVENUE
      PASCAGOULA, MS 39581

RECEIVED

MAR 29 2021

MIKE EZELL, SHERIFF
BY Crystal Evans

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to JIM DAVIS, the attorney for the Plaintiff, whose post office address is POST OFFICE BOX 1839, GULFPORT, MS 39502, and whose street address is 1904 24th AVENUE, GULFPORT, MS 39501. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgement by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 22 day of March, 2021.

_____
Clerk of Jackson County, Mississippi

JIM DAVIS
1904 24TH AVENUE
POST OFFICE BOX 1839
GULFPORT, MS 39502
228-864-1588
MSB. NO. 5830

R59

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

JEREMY RUSH                 PLAINTIFF

VERSUS              CAUSE NO.: 21-40(3)

WAL-MART STORES, INC.       DEFENDANT

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    WAL-MART SUPERCENTER STORE #1006 c/o C.T. Corp. System
~~ATTN: MANAGER~~
~~4253 DENNY AVENUE~~ 645 Lakeland E. Dr. Ste. 101
~~PASCAGOULA, MS 39581~~ Flowood, MS 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to JIM DAVIS, the attorney for the Plaintiff, whose post office address is POST OFFICE BOX 1839, GULFPORT, MS 39502, and whose street address is 1904 24th AVENUE, GULFPORT, MS 39501. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgement by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 22 day of March, 2021.

_____
Clerk of Jackson County, Mississippi

JIM DAVIS
1904 24TH AVENUE
POST OFFICE BOX 1839
GULFPORT, MS 39502
228-864-1588
MSB. NO. 5830





RECEIVED MAR 30 2021 RANKIN CO. SHERIFF DEPT.

STATE OF MISSISSIPPI
COUNTY OF RANKIN
I have this day executed the within writ by personally delivering true copies of the within writ
Walmart Super Center Store #1006 by serving Matt Thibodeaux
By Serving C. T. Corp. Agent
This the 30 day of March, 2021
BRYAN BAILEY, SHERIFF
BY Bill Phillips D.S.