## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

JEREMY RUSH                                                    PLAINTIFF

v.                                          CAUSE NO. 1:21-cv-137-LG-RHWR

WAL-MART STORES, INC.

                                                              DEFENDANT

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

**BEFORE THE COURT** is the [17] Motion to Dismiss filed by Plaintiff, Jeremy Rush, which seeks "to withdraw the Complaint he filed in this action, without prejudice, pending resolution of" a related criminal matter.  (*See* Mot. Dismiss ¶ 4-5, ECF No. 17; Indictment, *State of Mississippi v. Jeremy Rush*, Crim. No. 20-10,509-RK, ECF No. 17-1).  No opposition or response has been filed by Defendant.  After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that Plaintiff's voluntary Motion to Dismiss should be granted pursuant to Fed. R. Civ. P. 41.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [17] Motion to Dismiss filed by Plaintiff Jeremy Rush is **GRANTED.**  This lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 12th day of November, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE