# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEREMY RUSH**                                                                               **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:21-cv-137-LG-RHWR**

**WAL-MART STORES, INC.**                                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered herewith, this Court finds that this lawsuit should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of November, 2021.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           UNITED STATES DISTRICT JUDGE